Mery v Eginger (2018 NY Slip Op 04030)

Mery v Eginger

2018 NY Slip Op 04030 [31 NY3d 1068]

June 7, 2018

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected through Wednesday, August 1, 2018

[*1]

John P. Mery et al., Appellants,
v
Frank Eginger, Defendant, and Society of Friends Church, Also Known as the Poughkeepsie Monthly Meeting of the Religious Society of Friends and Another, Respondent.

Decided June 7, 2018

Mery v Eginger, 149 AD3d 827, affirmed.

APPEARANCES OF COUNSEL

Pollack, Pollack, Isaac & DeCicco, LLP, New York City (Brian J. Isaac of counsel), for appellants.
Jeffrey Samel & Partners, New York City (Robert G. Spevack of counsel), for respondent.

{**31 NY3d at 1068} OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, for the reasons stated in the memorandum at the Appellate Division (149 AD3d 827 [2017]) and certified question not answered as unnecessary.
Concur: Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman.